IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAUTMAN, | |
| Plaintiff, | Case No.: 1:23-cv-14825 |
| v. | Judge Sara L. Ellis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 6 | LeiLei12 |
| 46 | DIYALL HOME |
| 75 | JiNanZhiMoQiDianZiShangWuYouXianZeRenGongSi |
| 37 | wangdong123456tt |
| 89 | YIWENINTE |
| 201 | ugffhk |
| 195 | urvwen |
| 200 | rtcfopkj |
| 1 | zanlin |
| 4 | manfei |
| 23 | MKOWA |
| 13 | FANCY HOME. |
| 167 | Vainbutry |
| 193 | Mameqrsaterbr |
| 77 | suizhoushizengduqukunzhoufengshangmaodian |
| 126 | 木比价国际商贸 |
| 99 | ILLOCOAST |
| 172 | HaanGuu |
| 29 | YHome Decoration |
| 8 | ELISKA DITRICHOVA 3 |
| 191 | SHMBSM |
| 157 | huluwamaoyi |

| | |
|---|---|
| 18 | ANXIAAN |
| 211 | lyjutou Co.Ltd |
| 143 | nuliso |
| 100 | ROHONLZ |
| 83 | CHENJIUMM |

DATED: December 5, 2023    Respectfully submitted,

>*/s/ Keith A. Vogt*
>Keith A. Vogt (Bar No. 6207971)
>Keith Vogt, Ltd.
>33 W. Jackson Blvd., #2W
>Chicago, Illinois 60604
>Telephone:312-971-6752
>E-mail: keith@vogtip.com
>
>***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 5, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt